UNITED STATES DISTRICT COURT DISTRICT OF CONNECTICUT

Clayton Samuel Wilson, Sui Juris, National of the Republic, Petitioner,

v.

T-MOBILE USA, INC., JEFFERSON CAPITAL SYSTEMS, LLC, Respondents.

CASE NO: _____

VERIFIED COMPLAINT FOR DAMAGES PURSUANT TO THE FCRA (15 U.S.C. § 1681) AND FDCPA (15 U.S.C. § 1692)

I. INTRODUCTION

This is an action for willful and negligent violations of the Fair Credit Reporting Act ("FCRA") and the Fair Debt Collection Practices Act ("FDCPA"). Petitioner alleges that Respondents have intentionally published and/or attempted to collect upon fraudulent, non-existent "phantom" debts for the purpose of damaging Petitioner's commercial standing.

II. JURISDICTION AND VENUE

2. Jurisdiction is proper under 28 U.S.C. § 1331 (Federal Question), 15 U.S.C. § 1681p, and 15 U.S.C. § 1692k.

3. Petitioner is a natural person and a National of the Republic, appearing with status corrected via Sigillum Reipublicae Connecticutensis and Hague Apostille.

4. Venue is proper under 28 U.S.C. § 1391(b) as the Petitioner resides in this District and the harmful reporting occurred herein.

III. PARTIES

5. Petitioner is a Forensic Auditor (ACFE #4123) and a "consumer" as defined by 15 U.S.C. § 1681a(c).

6. Respondent T-MOBILE USA, INC. ("T-Mobile") is a "furnisher of information" as defined by the FCRA.

7. Respondent JEFFERSON CAPITAL SYSTEMS, LLC ("Jefferson Capital") is a "debt collector" as defined by 15 U.S.C. § 1692a(6), with a principal place of business at 200 14th Avenue East, Sartell, MN 56377.

IV. FACTUAL ALLEGATIONS

8. On January 30, 2026, Respondent T-Mobile willfully reported a "New Collections Account" to TransUnion in the amount of $1,160.

9. On January 30, 2026, Respondent Jefferson Capital willfully reported a "New Account" (Account #4181663480100) to TransUnion.

10. Forensic Audit Finding: Petitioner has audited all private records and affirms: a. Petitioner has never maintained an account with T-Mobile. b. Petitioner has never entered into a contract or agreement with Jefferson Capital. c. No "Original Wet-Ink Application" or underlying security instrument exists to support these claims.

V. COUNT I: WILLFUL VIOLATION OF THE FDCPA (Against Jefferson Capital)

11. 15 U.S.C. § 1692e(2): Respondent falsely represented the character, amount, and legal status of a debt that does not exist.

13. 15 U.S.C. § 1692e(8): Respondent communicated credit information which is known to be false. By reporting a debt for which no original instrument exists, Respondent acted with reckless disregard for the truth.

VI. COUNT II: WILLFUL VIOLATION OF THE FCRA (Against T-Mobile)

14. 15 U.S.C. § 1681s-2(a): Respondent furnished information that it knew or had reasonable cause to believe was inaccurate.

15. 15 U.S.C. § 1681s-2(b): Respondent failed to conduct a reasonable investigation after being notified of a dispute regarding the lack of an original application.

VII. PRAYER FOR RELIEF Petitioner respectfully requests judgment:

(A) Permanent Injunction ordering deletion;

(B) Statutory Damages of $1,000 per violation;

(C) Actual Damages for commercial injury;

(D) Punitive Damages for willful misconduct.

*[Signature]* vCC1-308

Clayton Samuel Wilson
111 Grandview Ave
Bridgeport CT 06606